No. D–114. IN RE DISBARMENT OF CONSOLDANE. Disbarment entered. [For earlier order, see *ante,* p. 899.]

No. 76–1184. MALONE, COMMISSIONER OF LABOR AND INDUSTRY FOR MINNESOTA *v.* WHITE MOTOR CORP. ET AL. C. A. 8th Cir. [Probable jurisdiction noted, *ante,* p. 813.] Motions of Chamber of Commerce of the United States and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs as *amici curiae* granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 76–1471. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1521. CHANNEL TWO TELEVISION CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1595. NATIONAL ASSOCIATION OF BROADCASTERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 76–1604. AMERICAN NEWSPAPER PUBLISHERS ASSN. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1624. ILLINOIS BROADCASTING CO., INC., ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; and

No. 76–1685. POST CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 815.] Motions of Office of Communication of the United Church of Christ et al. and National Emergency Civil Liberties Foundation for leave to file briefs as *amici curiae* granted.

No. 76–1484. ZURCHER, CHIEF OF POLICE OF PALO ALTO, ET AL. *v.* STANFORD DAILY ET AL.; and

No. 76–1600. BERGNA, DISTRICT ATTORNEY OF SANTA CLARA COUNTY, ET AL. *v.* STANFORD DAILY ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 816.] Motion of National Association of Criminal Defense Lawyers, Inc., for leave to participate in oral argument as *amicus curiae* denied.